# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARILYN GALARZA,

                      Plaintiff,                      20 **CIVIL** 6245 (OTW)

      -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 22, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Motion for Judgment on the Pleadings is DENIED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York
           February 22, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                             **BY:**            K. Mango

                                                        _____
                                                             **Deputy Clerk**